IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL LEE PAGANS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19CV00505 |
| | ) | |
| v. | ) | **FINAL JUDGMENT AND ORDER** |
| | ) | |
| ANDREW SAUL, | ) | By: Hon. Glen E. Conrad |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's objections to the report and recommendation of the magistrate judge shall be, and hereby are, **OVERRULED**;

2. The magistrate judge's report and recommendation is **ADOPTED**;

3. The final decision of the Commissioner is **AFFIRMED**;

4. Summary judgment is **ENTERED** in favor of the Commissioner; and

5. This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This __11th__ day of August, 2020.

_____
Senior United States District Judge